| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Jamie L. Guido** | Social Security number or ITIN | **xxx–xx–6202** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed in chapter **7** | **4/17/18** |
| Case number: | **18–21502–GLT** | Date case converted to chapter **13** | **6/8/18** |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                              12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jamie L. Guido | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 819 Hawk Valley Drive<br>Leechburg, PA 15656 | |
| 4. | **Debtor's attorney**<br>Name and address | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–391–8000<br><br>Email: julie.steidl@steidl–steinberg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 6/20/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 30, 2018 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 9/28/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 8/17/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/15/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**7/30/18** at **03:00 PM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                                    Case No. 18-21502-GLT
Jamie L. Guido                                                            Chapter 13
        Debtor                            CERTIFICATE OF NOTICE
District/off: 0315-2           User: dkam                  Page 1 of 2                  Date Rcvd: Jun 20, 2018
                               Form ID: 309I               Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2018.
db             +Jamie L. Guido,    819 Hawk Valley Drive,    Leechburg, PA 15656-9506
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +Larry E. Wahlquist,    U.S. Trustee Program/Dept. of Justice,    1001 Liberty Avenue,   Suite 970,
                 Pittsburgh, PA 15222-3721
aty            +S. James Wallace,   845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
tr             +Ronda J. Winnecour,   Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14814045        Discover,   PO Box 742655,    Cincinnati, OH 45274-2655
14814046        Home Depot,   c/o Home Depot Credit Services,    PO Box 9001010,    Louisville, KY 40290-1010
14814052        Macy's,   PO Box 9001094,    Louisville, KY 40290-1094
14814055       +PNC,   2730 Liberty Ave.,    Pittsburgh, PA 15222-4747
14814053        PayPal,   PO Box 105658,    Atlanta, GA 30348-5658
14814054        PennyMac,   PO Box 660929,    Dallas, TX 75266-0929
14814056       +Prosper,   221 Main Street,    Suite 300,   San Francisco, CA 94105-1909
14814061        Ulta Mastercard,   PO Box 659450,    San Antonio, TX 78265-9450

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: julie.steidl@steidl-steinberg.com Jun 21 2018 02:20:14      Kenneth Steidl,
                 Steidl & Steinberg,    Suite 2830 Gulf Tower,    707 Grant Street,    Pittsburgh, PA 15219
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 21 2018 02:21:28      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jun 21 2018 02:21:41
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
14814036       +EDI: RMSC.COM Jun 21 2018 06:04:00      American Eagle/Synchrony Bank,    PO Box 530942,
                 Atlanta, GA 30353-0942
14814037        EDI: AMEREXPR.COM Jun 21 2018 06:03:00      Amex,   P.O. Box 1270,    Newark, NJ 07101-1270
14814038        EDI: TSYS2.COM Jun 21 2018 06:03:00      Barclay Bank,    P.O. Box 13337,
                 Philadelphia, PA 19101-3337
14814040        EDI: CAPITALONE.COM Jun 21 2018 06:04:00      Capital One Bank,    PO Box 71083,
                 Charlotte, NC 28272-1083
14814042        EDI: RMSC.COM Jun 21 2018 06:04:00      Care Credit/Synchrony Bank,    PO Box 960061,
                 Orlando, FL 32896-0061
14814043        EDI: WFNNB.COM Jun 21 2018 06:03:00      Comenity Bank/Abercrombie & Fitch,    PO Box 659728,
                 San Antonio, TX 78265-9728
14814044        EDI: RCSFNBMARIN.COM Jun 21 2018 06:03:00      Credit One Bank,    P.O. Box 60500,
                 City of Industry, CA 91716-0500
14866660        EDI: DISCOVER.COM Jun 21 2018 06:03:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,   New Albany, OH 43054-3025
14814047        EDI: RMSC.COM Jun 21 2018 06:04:00      JCPenney/Synchrony Bank,    PO Box 960090,
                 Orlando, FL 32896-0090
14814048        EDI: CAPITALONE.COM Jun 21 2018 06:04:00      Justice/Capital One,    PO Box 71106,
                 Charlotte, NC 28272-1106
14814051        EDI: TSYS2.COM Jun 21 2018 06:03:00      LL Bean,   PO Box 13337,    Philadelphia, PA 19101-3337
14814049       +E-mail/Text: bk@lendingclub.com Jun 21 2018 02:22:15      Lending Club,
                 71 Stevenson Street, Suite 300,    San Francisco, CA 94105-2985
14814050       +EDI: RMSC.COM Jun 21 2018 06:04:00      Levin/Synchrony Bank,    PO Box 960061,
                 Orlando, FL 32896-0061
14815270       +EDI: PRA.COM Jun 21 2018 06:03:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14867317       +EDI: RESURGENT.COM Jun 21 2018 06:04:00      PYOD, LLC its successors and assigns as assignee,
                 of MHC Receivables, LLC and FNBM, LLC,    Resurgent Capital Services,    PO Box 19008,
                 Greenville, SC 29602-9008
14814057        EDI: RMSC.COM Jun 21 2018 06:04:00      Sam's Club/Synchrony Bank,    PO Box 530942,
                 Atlanta, GA 30353-0942
14814058        EDI: RMSC.COM Jun 21 2018 06:04:00      Synchrony Bank/Amazon,    PO Box 960013,
                 Orlando, FL 32896-0013
14814059        EDI: WTRRNBANK.COM Jun 21 2018 06:03:00      Target,    PO Box 660170,    Dallas, TX 75266-0170
14814060        EDI: RMSC.COM Jun 21 2018 06:04:00      Toys-R-Us,    PO Box 530938,    Atlanta, GA 30353-0938
                                                                                              TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PENNYMAC LOAN SERVICES, LLC
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14814039*       Barclay Bank,   P.O. Box 13337,    Philadelphia, PA 19101-3337
14814041*       Capital One Bank,   PO Box 71083,    Charlotte, NC 28272-1083
                                                                                    TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0315-2               User: dkam                Page 2 of 2                  Date Rcvd: Jun 20, 2018
                                   Form ID: 309I             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2018 at the address(es) listed below:
              James   Warmbrodt     on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              Kenneth  Steidl    on behalf of Debtor Jamie L. Guido julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 6
```