IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Jamie L. Guido, | ) | Case No. 18-21502 GLT |
|     Debtor | ) | Chapter 13 |
| | ) | |
| Jamie L. Guido, | ) | Document No. WO-1 |
| Social Security No. XXX-XX-6202 | ) | |
|     Movant | ) | |
| | ) | |
|         vs. | ) | Related to Document No. 39 |
| | ) | |
| Betres Group, Inc., and Ronda J. Winnecour,) | | |
| Trustee | ) | |
|     Respondents | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 25, 2018, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Betres Group, Inc.
Attn: Payroll Dept.
290 Vogel Road
Butler, PA 16002

Jamie L. Guido
819 Hawk Valley Drive
Leechburg, PA 15656

Date of Service:    June 25, 2018    /s/ Kenneth Steidl
    Kenneth Steidl, Esquire
    STEIDL & STEINBERG
    28th Floor, Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000
    ken.steidl@steidl-steinberg.com