Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jamie L. Guido**
Debtor(s)

Bankruptcy Case No.: 18–21502–GLT
Issued Per 7/30/2018 Proceeding
Chapter: 13
Docket No.: 46 – 36
Concil. Conf.: November 8, 2018 at 01:30 PM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated June 18, 2018 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☒ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Nov. 8, 2018 at 01:30 PM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☐ H. Additional Terms:

*(2.)*   *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.**     **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**     **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**     **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**     **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**     **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

*/s/ Gregory L. Taddonio*
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: August 1, 2018

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                            Case No. 18-21502-GLT
Jamie L. Guido                                                    Chapter 13
                Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: dbas              Page 1 of 2            Date Rcvd: Aug 01, 2018
                              Form ID: 149            Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2018.
db             +Jamie L. Guido,    819 Hawk Valley Drive,    Leechburg, PA 15656-9506
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14877916        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14814037        Amex,    P.O. Box 1270,    Newark, NJ 07101-1270
14814038        Barclay Bank,    P.O. Box 13337,    Philadelphia, PA 19101-3337
14869476       +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
14814045        Discover,    PO Box 742655,    Cincinnati, OH 45274-2655
14814046        Home Depot,    c/o Home Depot Credit Services,    PO Box 9001010,    Louisville, KY 40290-1010
14814051        LL Bean,    PO Box 13337,    Philadelphia, PA 19101-3337
14814052        Macy's,    PO Box 9001094,    Louisville, KY 40290-1094
14814055       +PNC,    2730 Liberty Ave.,    Pittsburgh, PA 15222-4747
14814053        PayPal,    PO Box 105658,    Atlanta, GA 30348-5658
14814054        PennyMac,    PO Box 660929,    Dallas, TX 75266-0929
14870562       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14814056       +Prosper,    221 Main Street,    Suite 300,    San Francisco, CA 94105-1909
14814059        Target,    PO Box 660170,    Dallas, TX 75266-0170
14814061        Ulta Mastercard,    PO Box 659450,    San Antonio, TX 78265-9450

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14814036       +E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2018 02:43:35     American Eagle/Synchrony Bank,
                 PO Box 530942,    Atlanta, GA 30353-0942
14814040        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 02 2018 02:43:36      Capital One Bank,
                 PO Box 71083,    Charlotte, NC 28272-1083
14814042        E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2018 02:44:55     Care Credit/Synchrony Bank,
                 PO Box 960061,    Orlando, FL 32896-0061
14814043        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 02 2018 02:31:09
                 Comenity Bank/Abercrombie & Fitch,    PO Box 659728,    San Antonio, TX 78265-9728
14814044        E-mail/PDF: creditonebknotifications@resurgent.com Aug 02 2018 02:42:30      Credit One Bank,
                 P.O. Box 60500,    City of Industry, CA 91716-0500
14866660        E-mail/Text: mrdiscen@discover.com Aug 02 2018 02:30:55     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
14814047        E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2018 02:43:33     JCPenney/Synchrony Bank,
                 PO Box 960090,    Orlando, FL 32896-0090
14814048        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 02 2018 02:43:35      Justice/Capital One,
                 PO Box 71106,    Charlotte, NC 28272-1106
14814049       +E-mail/Text: bk@lendingclub.com Aug 02 2018 02:32:19     Lending Club,
                 71 Stevenson Street, Suite 300,    San Francisco, CA 94105-2985
14814050       +E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2018 02:43:33     Levin/Synchrony Bank,
                 PO Box 960061,    Orlando, FL 32896-0061
14815270       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 02 2018 02:43:37
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14867317       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 02 2018 02:45:10
                 PYOD, LLC its successors and assigns as assignee,    of MHC Receivables, LLC and FNBM, LLC,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14877199        E-mail/Text: bnc-quantum@quantum3group.com Aug 02 2018 02:31:12
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA   98083-0788
14814057        E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2018 02:43:32     Sam's Club/Synchrony Bank,
                 PO Box 530942,    Atlanta, GA 30353-0942
14814058        E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2018 02:44:55     Synchrony Bank/Amazon,
                 PO Box 960013,    Orlando, FL 32896-0013
14814060        E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2018 02:43:33     Toys-R-Us,    PO Box 530938,
                 Atlanta, GA 30353-0938
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PENNYMAC LOAN SERVICES, LLC
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14814039*       Barclay Bank,    P.O. Box 13337,    Philadelphia, PA 19101-3337
14814041*       Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
                                                                                   TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2           User: dbas                  Page 2 of 2            Date Rcvd: Aug 01, 2018
                               Form ID: 149                Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2018 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              Kenneth  Steidl    on behalf of Debtor Jamie L. Guido julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                          TOTAL: 6
```