UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
6/26/23 9:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  JAMIE L. GUIDO

            Debtor(s)
  Ronda J. Winnecour, Trustee
            Movant
              vs.
  JAMIE L. GUIDO

            Respondents

Case No.18-21502GLT

Chapter 13

Related to Dkt. No. 66

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 26th day of June, 2023, it is hereby ORDERED, ADJUDGED, and DECREED that,

Betres Group
Attn: Payroll Manager
290 Vogel Rd
Butler, PA 16002

is hereby ordered to immediately terminate the attachment of the wages of JAMIE L. GUIDO, social security number XXX-XX-6202. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JAMIE L. GUIDO.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____
GREGORY L. TADDONIO   jah
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21502-GLT |
| Jamie L. Guido | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 26, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jamie L. Guido, 819 Hawk Valley Drive, Leechburg, PA 15656-9506 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2023            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2023 at the address(es) listed below:

**Name                Email Address**

Brian Nicholas
            on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com

Brian Nicholas
            on behalf of Creditor PennyMac Loan Services  LLC bnicholas@kmllawgroup.com

Denise Carlon
            on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com

Kenneth Steidl
            on behalf of Debtor Jamie L. Guido julie.steidl@steidl-steinberg.com
            ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com;awerkmeister@steidl-steinberg.com

Larry E. Wahlquist
            on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov

Maria Miksich

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 26, 2023 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com

Maria T. Capiral
    on behalf of Creditor Department Store National Bank bk.mail@quantum3group.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com


TOTAL: 10