Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jamie L. Guido** | : | Case No. 18−21502−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 69 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 10/18/23 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this ***The 28th of August, 2023***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 69 by the Chapter 13 Trustee,

It is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that:

(1) ***On or before October 9, 2023***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on ***October 18, 2023 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21502-GLT |
| Jamie L. Guido | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 28, 2023 | Form ID: 604 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jamie L. Guido, 819 Hawk Valley Drive, Leechburg, PA 15656-9506 |
| 14814045 | | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc-quantum@quantum3group.com | Aug 28 2023 23:38:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 28 2023 23:36:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14814036 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 29 2023 00:03:02 | American Eagle/Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14877916 | | Email/PDF: bncnotices@becket-lee.com | Aug 29 2023 00:01:51 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14814037 | | Email/PDF: bncnotices@becket-lee.com | Aug 28 2023 23:41:41 | Amex, P.O. Box 1270, Newark, NJ 07101-1270 |
| 14814038 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 28 2023 23:37:00 | Barclay Bank, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 14814040 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 29 2023 00:20:04 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14814042 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2023 23:40:35 | Care Credit/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14814043 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 28 2023 23:38:00 | Comenity Bank/Abercrombie & Fitch, PO Box 659728, San Antonio, TX 78265-9728 |
| 14814044 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 29 2023 00:02:22 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 14869476 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2023 23:41:03 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14814052 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2023 23:41:38 | Macy's, PO Box 9001094, Louisville, KY 40290-1094 |
| 14983502 | | Email/Text: bnc-quantum@quantum3group.com | Aug 28 2023 23:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14866660 | | Email/Text: mrdiscen@discover.com | Aug 28 2023 23:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14814046 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 18-21502-GLT   Doc 72   Filed 08/30/23   Entered 08/31/23 00:29:23   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 28, 2023 | Form ID: 604 | Total Noticed: 42 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 14814047 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2023 23:40:38 | Home Depot, c/o Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 14814048 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 29 2023 00:01:50 | JCPenney/Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 14814051 | Email/Text: BarclaysBankDelaware@tsico.com | Aug 29 2023 00:20:17 | Justice/Capital One, PO Box 71106, Charlotte, NC 28272-1106 |
| 14899051 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2023 23:37:00 | LL Bean, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14897253 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2023 23:41:38 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| | | Aug 29 2023 00:02:36 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14814049 | + Email/Text: Documentfiling@lciinc.com | Aug 28 2023 23:36:00 | Lending Club, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14814050 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2023 23:40:55 | Levin/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14814055 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 28 2023 23:36:00 | PNC, 2730 Liberty Ave., Pittsburgh, PA 15265 |
| 14895648 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2023 23:41:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14815270 | + Email/PDF: rmscedi@recoverycorp.com | Aug 28 2023 23:41:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14867317 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2023 23:40:59 | PYOD, LLC its successors and assigns as assignee, of MHC Receivables, LLC and FNBM, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14814053 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2023 23:41:28 | PayPal, PO Box 105658, Atlanta, GA 30348-5658 |
| 14814054 | Email/PDF: ebnotices@pnmac.com | Aug 29 2023 00:02:21 | PennyMac, PO Box 660929, Dallas, TX 75266-0929 |
| 14899488 | Email/PDF: ebnotices@pnmac.com | Aug 28 2023 23:40:43 | PennyMac Loan Services, LLC, P.O. Box 2010, Moorpark, CA 93020 |
| 14870562 | + Email/Text: ebnpeoples@grblaw.com | Aug 28 2023 23:36:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14814056 | ^ MEBN | Aug 28 2023 23:29:42 | Prosper, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 14892266 | + Email/Text: bncmail@w-legal.com | Aug 28 2023 23:38:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14877199 | Email/Text: bnc-quantum@quantum3group.com | Aug 28 2023 23:38:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14899653 | + Email/Text: bncmail@w-legal.com | Aug 28 2023 23:38:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14814057 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2023 23:40:34 | Sam's Club/Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14814058 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2023 23:41:02 | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14814059 | Email/Text: bncmail@w-legal.com | Aug 28 2023 23:37:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 14814060 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 29 2023 00:02:34 | Toys-R-Us, PO Box 530938, Atlanta, GA |

Case 18-21502-GLT    Doc 72    Filed 08/30/23    Entered 08/31/23 00:29:23    Desc Imaged
                         Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 28, 2023 | Form ID: 604 | Total Noticed: 42 |

| Recip ID | | | | |
|---|---|---|---|---|
| 14814061 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | 30353-0938 |
| | | | Aug 28 2023 23:38:00 | Ulta Mastercard, PO Box 659450, San Antonio, TX 78265-9450 |
| 14897430 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Aug 29 2023 00:31:29 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 40

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | | PennyMac Loan Services, LLC |
| cr | * | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14814039 | * | Barclay Bank, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 14814041 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14895650 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2023           Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PennyMac Loan Services  LLC bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Jamie L. Guido julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Larry E. Wahlquist | on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com |
| Maria T. Capiral | on behalf of Creditor Department Store National Bank bk.mail@quantum3group.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Aug 28, 2023 | Form ID: 604 | Total Noticed: 42 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 10