**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JAMIE L. GUIDO<br><br>       Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>       Movant<br>       vs.<br>No Respondents. | Case No.:18-21502<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

August 25, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/17/2018 and confirmed on 8/1/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 8,331.60 |
| Less Refunds to Debtor | 96.76 | |
| TOTAL AMOUNT OF PLAN FUND | | 8,234.84 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 0.00 | |
|    Trustee Fee | 380.68 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 380.68 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9997 | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMIE L. GUIDO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMIE L. GUIDO | 63.20 | 63.20 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMIE L. GUIDO | 33.56 | 33.56 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Unsecured** | | | | |
|   ECAST SETTLEMENT CORP | 421.12 | 53.12 | 0.00 | 53.12 |
|     Acct: 7585 | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 2,638.67 | 332.81 | 0.00 | 332.81 |
|     Acct: 1008 | | | | |
|   BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8731 | | | | |
|   QUANTUM3 GROUP LLC AGNT - SADINO I | 5,445.47 | 686.83 | 0.00 | 686.83 |
|     Acct: 5250 | | | | |
|   CAPITAL ONE\*\* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6671 | | | | |
|   CAPITAL ONE\*\* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2404 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 1,128.70 | 142.36 | 0.00 | 142.36 |
|     Acct: 6979 | | | | |
|   COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3348 | | | | |
|   PYOD LLC - ASSIGNEE | 614.81 | 77.55 | 0.00 | 77.55 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 1789 | | | | |
| | DISCOVER BANK(*) | 1,178.53 | 148.65 | 0.00 | 148.65 |
| | Acct: 8120 | | | | |
| | HOME DEPOT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9756 | | | | |
| | ECAST SETTLEMENT CORP | 1,074.04 | 135.47 | 0.00 | 135.47 |
| | Acct: 3691 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2952 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 20,324.02 | 2,563.43 | 0.00 | 2,563.43 |
| | Acct: 2704 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 1,174.87 | 148.19 | 0.00 | 148.19 |
| | Acct: 8358 | | | | |
| | LL BEAN CARD SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2863 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 175.10 | 22.09 | 0.00 | 22.09 |
| | Acct: 0505 | | | | |
| | SYNCHRONY BANK | 3,037.53 | 383.11 | 0.00 | 383.11 |
| | Acct: 2691 | | | | |
| | PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4987 | | | | |
| | LVNV FUNDING LLC | 19,941.89 | 2,515.23 | 0.00 | 2,515.23 |
| | Acct: 5417 | | | | |
| | ECAST SETTLEMENT CORP | 3,073.13 | 387.60 | 0.00 | 387.60 |
| | Acct: 1724 | | | | |
| | ECAST SETTLEMENT CORP | 1,544.42 | 194.80 | 0.00 | 194.80 |
| | Acct: 4305 | | | | |
| | TARGET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1351 | | | | |
| | ECAST SETTLEMENT CORP | 187.12 | 23.60 | 0.00 | 23.60 |
| | Acct: 2553 | | | | |
| | ULTA BEAUTY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8592 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 311.74 | 39.32 | 0.00 | 39.32 |
| | Acct: 7722 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0505 | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 7,854.16 |

TOTAL PAID TO CREDITORS                                                                                7,854.16

TOTAL CLAIMED
  PRIORITY            0.00
  SECURED             0.00
  UNSECURED       62,271.16

Date: 08/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JAMIE L. GUIDO

       Debtor(s)

Ronda J. Winnecour
       Movant
    vs.
No Repondents.

Case No.:18-21502

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21502-GLT |
| Jamie L. Guido | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 28, 2023 | Form ID: pdf900 | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jamie L. Guido, 819 Hawk Valley Drive, Leechburg, PA 15656-9506 |
| 14814045 | | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc-quantum@quantum3group.com | Aug 28 2023 23:38:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 28 2023 23:36:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14814036 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2023 23:40:34 | American Eagle/Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14877916 | | Email/PDF: bncnotices@becket-lee.com | Aug 29 2023 00:02:41 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14814037 | | Email/PDF: bncnotices@becket-lee.com | Aug 28 2023 23:40:42 | Amex, P.O. Box 1270, Newark, NJ 07101-1270 |
| 14814038 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 28 2023 23:37:00 | Barclay Bank, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 14814040 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 29 2023 00:03:03 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14814042 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 29 2023 00:01:58 | Care Credit/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14814043 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 28 2023 23:38:00 | Comenity Bank/Abercrombie & Fitch, PO Box 659728, San Antonio, TX 78265-9728 |
| 14814044 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 28 2023 23:40:36 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 14869476 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2023 23:40:38 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14814052 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 29 2023 00:02:58 | Macy's, PO Box 9001094, Louisville, KY 40290-1094 |
| 14983502 | | Email/Text: bnc-quantum@quantum3group.com | Aug 28 2023 23:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14866660 | | Email/Text: mrdiscen@discover.com | Aug 28 2023 23:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14814046 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 18-21502-GLT    Doc 74    Filed 08/30/23    Entered 08/31/23 00:29:23    Desc Imaged
                               Certificate of Notice    Page 6 of 8

| District/off: 0315-2 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Aug 28, 2023 | Form ID: pdf900 | Total Noticed: 42 |

| ID | | Notice Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 14814047 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 29 2023 00:03:05 | Home Depot, c/o Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 14814048 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 29 2023 00:03:04 | JCPenney/Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 14814051 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 28 2023 23:40:43 | Justice/Capital One, PO Box 71106, Charlotte, NC 28272-1106 |
| 14899051 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2023 23:37:00 | LL Bean, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14897253 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2023 23:40:38 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| | | | Aug 28 2023 23:40:38 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14814049 | + | Email/Text: Documentfiling@lciinc.com | Aug 28 2023 23:36:00 | Lending Club, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14814050 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2023 23:40:34 | Levin/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14814055 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 28 2023 23:36:00 | PNC, 2730 Liberty Ave., Pittsburgh, PA 15265 |
| 14895648 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2023 23:41:02 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14815270 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 29 2023 00:01:51 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14867317 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 29 2023 00:02:26 | PYOD, LLC its successors and assigns as assignee, of MHC Receivables, LLC and FNBM, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14814053 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2023 23:41:30 | PayPal, PO Box 105658, Atlanta, GA 30348-5658 |
| 14814054 | | Email/PDF: ebnotices@pnmac.com | Aug 28 2023 23:40:36 | PennyMac, PO Box 660929, Dallas, TX 75266-0929 |
| 14899488 | | Email/PDF: ebnotices@pnmac.com | Aug 28 2023 23:41:02 | PennyMac Loan Services, LLC, P.O. Box 2010, Moorpark, CA 93020 |
| 14870562 | + | Email/Text: ebnpeoples@grblaw.com | Aug 28 2023 23:36:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14814056 | ^ | MEBN | Aug 28 2023 23:29:44 | Prosper, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 14892266 | + | Email/Text: bncmail@w-legal.com | Aug 28 2023 23:38:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14877199 | | Email/Text: bnc-quantum@quantum3group.com | Aug 28 2023 23:38:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14899653 | + | Email/Text: bncmail@w-legal.com | Aug 28 2023 23:38:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14814057 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2023 23:41:29 | Sam's Club/Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14814058 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 29 2023 00:02:18 | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14814059 | | Email/Text: bncmail@w-legal.com | Aug 28 2023 23:37:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 14814060 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2023 23:40:55 | Toys-R-Us, PO Box 530938, Atlanta, GA |

Case 18-21502-GLT   Doc 74   Filed 08/30/23   Entered 08/31/23 00:29:23   Desc Imaged
Certificate of Notice   Page 7 of 8

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 28, 2023 | Form ID: pdf900 | Total Noticed: 42 |

| 14814061 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | 30353-0938 |
|---|---|---|---|
| | | Aug 28 2023 23:38:00 | Ulta Mastercard, PO Box 659450, San Antonio, TX 78265-9450 |
| 14897430 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Aug 28 2023 23:40:58 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 40

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | | PennyMac Loan Services, LLC |
| cr | * | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14814039 | * | Barclay Bank, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 14814041 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14895650 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PennyMac Loan Services  LLC bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Jamie L. Guido julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Larry E. Wahlquist | on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com |
| Maria T. Capiral | on behalf of Creditor Department Store National Bank bk.mail@quantum3group.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Aug 28, 2023 | Form ID: pdf900 | Total Noticed: 42 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 10