IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Jamie L. Guido, | ) | |
| *Debtor* | ) | Case No. 18-21502-GLT |
| | ) | Chapter 13 |
| Jamie L. Guido, | ) | |
| *Movant* | ) | Document No. |
| | ) | |
| No Respondents | ) | |

## <u>DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY</u>

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.  The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On June 25, 2018 at docket numbers 44, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by*:* The Debtor carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

9/13/2023
_____

Date

*Jamie L Guido*
Jamie L Guido (Sep 16, 2023 16:44 EDT)
_____

Debtor

Respectfully submitted,

September 12, 2023
DATE

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor(s)
STEIDL & STEINBERG, P.C.
Suite 2830 - Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
P.A.I.D. No. 34965
ken.steidl@steidl-steinberg.com

**PAWB Local Form 24 (07/13)**