| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jamie L. Guido<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–6202<br>EIN    _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:    18–21502–GLT | | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Jamie L. Guido

<u>10/10/23</u>　　　　　　　　　　　　　　　　　**By the court:** <u>Gregory L Taddonio</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21502-GLT |
| Jamie L. Guido | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Oct 10, 2023 | Form ID: 3180W | Total Noticed: 44 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jamie L. Guido, 819 Hawk Valley Drive, Leechburg, PA 15656-9506 |
| 14814045 | | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Oct 11 2023 08:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 11 2023 04:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Oct 11 2023 08:27:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 11 2023 04:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: Q3G.COM | Oct 11 2023 08:27:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 11 2023 04:32:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14814036 | + | EDI: RMSC.COM | Oct 11 2023 08:27:00 | American Eagle/Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14877916 | | Email/PDF: bncnotices@becket-lee.com | Oct 11 2023 04:42:59 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14814037 | | Email/PDF: bncnotices@becket-lee.com | Oct 11 2023 04:53:20 | Amex, P.O. Box 1270, Newark, NJ 07101-1270 |
| 14814038 | | EDI: TSYS2 | Oct 11 2023 08:27:00 | Barclay Bank, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 14814040 | | EDI: CAPITALONE.COM | Oct 11 2023 08:27:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14814042 | | EDI: RMSC.COM | Oct 11 2023 08:27:00 | Care Credit/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14814043 | | EDI: WFNNB.COM | Oct 11 2023 08:27:00 | Comenity Bank/Abercrombie & Fitch, PO Box 659728, San Antonio, TX 78265-9728 |

Case 18-21502-GLT    Doc 80    Filed 10/12/23    Entered 10/13/23 00:34:04    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Oct 10, 2023 | Form ID: 3180W | Total Noticed: 44 |

| | | | | |
| --- | --- | --- | --- | --- |
| 14814044 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 11 2023 04:42:57 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 14869476 | | EDI: CITICORP.COM | Oct 11 2023 08:27:00 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14814052 | | EDI: CITICORP.COM | Oct 11 2023 08:27:00 | Macy's, PO Box 9001094, Louisville, KY 40290-1094 |
| 14983502 | | EDI: Q3G.COM | Oct 11 2023 08:27:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14866660 | | EDI: DISCOVER.COM | Oct 11 2023 08:27:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14814046 | | EDI: CITICORP.COM | Oct 11 2023 08:27:00 | Home Depot, c/o Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 14814047 | | EDI: RMSC.COM | Oct 11 2023 08:27:00 | JCPenney/Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 14814048 | | EDI: CAPITALONE.COM | Oct 11 2023 08:27:00 | Justice/Capital One, PO Box 71106, Charlotte, NC 28272-1106 |
| 14814051 | | EDI: TSYS2 | Oct 11 2023 08:27:00 | LL Bean, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14899051 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 11 2023 04:42:26 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14897253 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 11 2023 04:42:27 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14814049 | + | EDI: LENDNGCLUB | Oct 11 2023 08:27:00 | Lending Club, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14814050 | + | EDI: RMSC.COM | Oct 11 2023 08:27:00 | Levin/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14814055 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 11 2023 04:32:00 | PNC, 2730 Liberty Ave., Pittsburgh, PA 15265 |
| 14895648 | | EDI: PRA.COM | Oct 11 2023 08:27:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14815270 | + | EDI: RECOVERYCORP.COM | Oct 11 2023 08:27:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14867317 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 11 2023 04:42:26 | PYOD, LLC its successors and assigns as assignee, of MHC Receivables, LLC and FNBM, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14814053 | | EDI: RMSC.COM | Oct 11 2023 08:27:00 | PayPal, PO Box 105658, Atlanta, GA 30348-5658 |
| 14814054 | | Email/PDF: ebnotices@pnmac.com | Oct 11 2023 04:42:43 | PennyMac, PO Box 660929, Dallas, TX 75266-0929 |
| 14899488 | | Email/PDF: ebnotices@pnmac.com | Oct 11 2023 04:42:59 | PennyMac Loan Services, LLC, P.O. Box 2010, Moorpark, CA 93020 |
| 14870562 | + | Email/Text: ebnpeoples@grblaw.com | Oct 11 2023 04:32:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14814056 | ^ | MEBN | Oct 11 2023 04:30:51 | Prosper, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 14892266 | + | Email/Text: bncmail@w-legal.com | Oct 11 2023 04:33:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14877199 | | EDI: Q3G.COM | | |

Case 18-21502-GLT    Doc 80    Filed 10/12/23    Entered 10/13/23 00:34:04    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 10, 2023 | Form ID: 3180W | Total Noticed: 44 |

| Recip ID | Bypass Reason | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
|  |  |  | Oct 11 2023 08:27:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14899653 | + | Email/Text: bncmail@w-legal.com | Oct 11 2023 04:33:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14814057 |  | EDI: RMSC.COM | Oct 11 2023 08:27:00 | Sam's Club/Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14814058 |  | EDI: RMSC.COM | Oct 11 2023 08:27:00 | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14814059 |  | EDI: WTRRNBANK.COM | Oct 11 2023 08:27:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 14814060 |  | EDI: RMSC.COM | Oct 11 2023 08:27:00 | Toys-R-Us, PO Box 530938, Atlanta, GA 30353-0938 |
| 14814061 |  | EDI: WFNNB.COM | Oct 11 2023 08:27:00 | Ulta Mastercard, PO Box 659450, San Antonio, TX 78265-9450 |
| 14897430 |  | Email/PDF: bncnotices@becket-lee.com | Oct 11 2023 04:42:29 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 44

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | PENNYMAC LOAN SERVICES, LLC |
| cr |  | PennyMac Loan Services, LLC |
| cr | * | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14814039 | * | Barclay Bank, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 14814041 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14895650 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2023          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 10, 2023 | Form ID: 3180W | Total Noticed: 44 |

Brian Nicholas
    on behalf of Creditor PennyMac Loan Services LLC bnicholas@kmllawgroup.com

Denise Carlon
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com

Kenneth Steidl
    on behalf of Debtor Jamie L. Guido julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Larry E. Wahlquist
    on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov

Maria Miksich
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC mmiksich@kmllawgroup.com

Maria T. Capiral
    on behalf of Creditor Department Store National Bank bk.mail@quantum3group.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 10