IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/10/23 2:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    JAMIE L. GUIDO

        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:18-21502

Chapter 13

Related to Docket No. 69

## ORDER OF COURT

AND NOW, this __ 10th Day of October, 2023 __, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

# BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21502-GLT |
| Jamie L. Guido | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Oct 10, 2023 | Form ID: pdf900 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jamie L. Guido, 819 Hawk Valley Drive, Leechburg, PA 15656-9506 |
| 14814045 | | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc-quantum@quantum3group.com | Oct 11 2023 04:32:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 11 2023 04:32:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14814036 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 11 2023 04:42:44 | American Eagle/Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14877916 | | Email/PDF: bncnotices@becket-lee.com | Oct 11 2023 04:53:23 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14814037 | | Email/PDF: bncnotices@becket-lee.com | Oct 11 2023 04:53:20 | Amex, P.O. Box 1270, Newark, NJ 07101-1270 |
| 14814038 | | Email/Text: BarclaysBankDelaware@tsico.com | Oct 11 2023 04:32:00 | Barclay Bank, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 14814040 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 11 2023 04:42:44 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14814042 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 11 2023 04:53:20 | Care Credit/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14814043 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 11 2023 04:32:00 | Comenity Bank/Abercrombie & Fitch, PO Box 659728, San Antonio, TX 78265-9728 |
| 14814044 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 11 2023 04:42:28 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 14869476 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 11 2023 04:42:59 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14814052 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 11 2023 04:42:27 | Macy's, PO Box 9001094, Louisville, KY 40290-1094 |
| 14983502 | | Email/Text: bnc-quantum@quantum3group.com | Oct 11 2023 04:32:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14866660 | | Email/Text: mrdiscen@discover.com | Oct 11 2023 04:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14814046 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 18-21502-GLT   Doc 81   Filed 10/12/23   Entered 10/13/23 00:34:04   Desc Imaged
Certificate of Notice   Page 3 of 5

| | | | |
|---|---|---|---|
| District/off: 0315-2 | | User: auto | Page 2 of 4 |
| Date Rcvd: Oct 10, 2023 | | Form ID: pdf900 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| 14814047 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 11 2023 04:42:28 | Home Depot, c/o Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 14814048 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 11 2023 04:42:26 | JCPenney/Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 14814051 | | Email/Text: BarclaysBankDelaware@tsico.com | Oct 11 2023 04:42:58 | Justice/Capital One, PO Box 71106, Charlotte, NC 28272-1106 |
| 14899051 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 11 2023 04:32:00 | LL Bean, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14897253 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 11 2023 04:42:42 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14814049 | + | Email/Text: Documentfiling@lciinc.com | Oct 11 2023 04:42:45 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14814050 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 11 2023 04:32:00 | Lending Club, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14814055 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 11 2023 04:42:38 | Levin/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 14895648 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 11 2023 04:32:00 | PNC, 2730 Liberty Ave., Pittsburgh, PA 15265 |
| 14815270 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 11 2023 04:53:24 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14867317 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 11 2023 04:53:19 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14814053 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 11 2023 04:42:42 | PYOD, LLC its successors and assigns as assignee, of MHC Receivables, LLC and FNBM, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14814054 | | Email/PDF: ebnotices@pnmac.com | Oct 11 2023 04:43:00 | PayPal, PO Box 105658, Atlanta, GA 30348-5658 |
| 14899488 | | Email/PDF: ebnotices@pnmac.com | Oct 11 2023 04:42:27 | PennyMac, PO Box 660929, Dallas, TX 75266-0929 |
| 14870562 | + | Email/Text: ebnpeoples@grblaw.com | Oct 11 2023 04:42:59 | PennyMac Loan Services, LLC, P.O. Box 2010, Moorpark, CA 93020 |
| 14814056 | ^ | MEBN | Oct 11 2023 04:32:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14892266 | + | Email/Text: bncmail@w-legal.com | Oct 11 2023 04:30:54 | Prosper, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 14877199 | | Email/Text: bnc-quantum@quantum3group.com | Oct 11 2023 04:33:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14899653 | + | Email/Text: bncmail@w-legal.com | Oct 11 2023 04:32:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14814057 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 11 2023 04:33:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14814058 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 11 2023 04:42:54 | Sam's Club/Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 14814059 | | Email/Text: bncmail@w-legal.com | Oct 11 2023 04:42:26 | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 14814060 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 11 2023 04:32:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| | | | Oct 11 2023 04:42:24 | Toys-R-Us, PO Box 530938, Atlanta, GA |

Case 18-21502-GLT    Doc 81    Filed 10/12/23    Entered 10/13/23 00:34:04    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 10, 2023 | Form ID: pdf900 | Total Noticed: 42 |

| 14814061 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | 30353-0938 |
|---|---|---|---|
| | | Oct 11 2023 04:32:00 | Ulta Mastercard, PO Box 659450, San Antonio, TX 78265-9450 |
| 14897430 | Email/PDF: bncnotices@becket-lee.com | Oct 11 2023 04:53:24 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | | PennyMac Loan Services, LLC |
| cr | * | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14814039 | * | Barclay Bank, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 14814041 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14895650 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PennyMac Loan Services  LLC bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Jamie L. Guido julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Larry E. Wahlquist | on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com |
| Maria T. Capiral | on behalf of Creditor Department Store National Bank bk.mail@quantum3group.com |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Oct 10, 2023 | Form ID: pdf900 | Total Noticed: 42

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 10